**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>REFCO, INC. et al.<br><br>                    Debtors. | Chapter 11<br>Case No. 05-60006 (RDD)<br>(Jointly Administered) |
| JOSEPH MURPHY, WILLIAM M. SEXTON, DENNIS A. KLEJNA, GERALD SHERER, PHILIP SILVERMAN, RICHARD N. OUTRIDGE, TONE GRANT, LEO R. BREITMAN, NATHAN GANTCHER, DAVID V. HARKINS, SCOTT L. JAECKEL, THOMAS H. LEE, RONALD O'KELLEY, and SCOTT A. SCHOEN,<br><br>                         Plaintiffs,<br><br>         v.<br><br>ALLIED WORLD ASSURANCE COMPANY (U.S.), INC. and ARCH INSURANCE COMPANY,<br><br>                         Defendants.<br><br>JOHN D. AGOGLIA, EDWIN L. COX, SUKHMEET DHILLON, THOMAS H. DITTMER, STEPHEN GRADY,THOMAS HACKL, ERIC G. LIPOFF, PETER MCCARTHY and FRANK MUTTERER,<br><br>                         Nominal Defendants. | Adv. Proc. No. 08-01133 (RDD) |

**NOTICE OF MOTION TO WITHDRAW**
**<u>THE REFERENCE TO THE BANKRUPTCY COURT</u>**

PLEASE TAKE NOTICE that, upon the annexed Memorandum, the Declaration of John

H. Eickemeyer and the exhibits annexed thereto, and all of the papers and proceedings heretofore

had herein, defendant Arch Insurance Company ("Arch"), by its attorneys, Vedder Price P.C.,

will move in the United States District Court for the Southern District of New York, at Daniel P.

Moynihan United States Courthouse, 500 Pearl Street, New York, New York, before a judge to be assigned, on May 22, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, for the entry of an Order, pursuant to 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011(a), and Local Bankruptcy Rule 5011-01, for cause shown, withdrawing the reference to the United State Bankruptcy Court for the Southern District of New York of the causes of action asserted against Arch in the above-captioned adversary proceeding filed by certain former directors and officers of Refco, Inc. and/or its subsidiaries, for the reasons more fully set forth in the Memorandum, together with such other relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Local Civil Rule 6.1(b), answering papers, if any, shall be served upon the undersigned no later than ten business days after service of this Notice of Motion.

Date:   April 29, 2008

Respectfully submitted,

By:    /s/ John H. Eickemeyer
        John H. Eickemeyer (JE-8302)
        Daniel C. Green  (DG-0059)
        VEDDER PRICE P.C.
        1633 Broadway, 47th Floor
        New York, New York 10019
OF COUNSEL:         (212) 407-7700

    Daniel J. Standish         *Counsel for Defendant*
    Marc E. Rindner         *Arch Insurance Company*
    Cara Tseng Duffield
    WILEY REIN LLP
    1776 K Street, N.W.
    Washington, D.C. 20006
    (202) 719-7000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br>REFCO, INC. et al.<br><br>                   Debtors. | Chapter 11<br>Case No. 05-60006 (RDD)<br>(Jointly Administered) |
| JOSEPH MURPHY, WILLIAM M. SEXTON,<br>DENNIS A. KLEJNA, GERALD SHERER,<br>PHILIP SILVERMAN, RICHARD N.<br>OUTRIDGE, TONE GRANT, LEO R.<br>BREITMAN, NATHAN GANTCHER,<br>DAVID V. HARKINS, SCOTT L. JAECKEL,<br>THOMAS H. LEE, RONALD O'KELLEY,<br>and SCOTT A. SCHOEN,<br><br>                   Plaintiffs,<br><br>     v.<br><br>ALLIED WORLD ASSURANCE COMPANY<br>(U.S.), INC. and ARCH INSURANCE<br>COMPANY,<br><br>                   Defendants.<br><br>JOHN D. AGOGLIA, EDWIN L. COX,<br>SUKHMEET DHILLON, THOMAS H.<br>DITTMER, STEPHEN GRADY,THOMAS<br>HACKL, ERIC G. LIPOFF, PETER<br>MCCARTHY and FRANK MUTTERER,<br><br>               Nominal Defendants. | Adv. Proc. No. 08-01133 (RDD)<br><br>**<ins>CERTIFICATE OF SERVICE</ins>** |

       1.       I, John H. Eickemeyer, hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, as follows:

       2.       On April 29, 2008, I caused a copy of the **NOTICE OF MOTION TO WITHDRAW THE REFERENCE TO THE BANKRUPTCY COURT** to be served upon all parties who have made appearances in the above-captioned action by electronically filing same, thereby ensuring that counsel to each such party, received same, as registered e-filers who are registered to receive e-notices in this case;

3.     On April 29, 2008, I caused copies of the **NOTICE OF MOTION TO WITHDRAW THE REFERENCE TO THE BANKRUPTCY COURT** to be served upon all parties who have not yet made appearances in the above-captioned case by dispatching true copies of same into the custody of a courier service for overnight delivery, prior to the latest time designated by that service for such delivery, addressed as follows:

John D. Agoglia
3 Sweet Hollow Ct.
St. James, NY  11780

Edwin L. Cox
c/o Brian O'Connor, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099

Sukhmeet Dhillon
2 Glastonbury Place
Laguna Niguel, CA  92677-5310

Thomas H. Dittmer
3594 Rockerman Road
Miami, FL  33133

Stephen Grady
c/o Lawrence J. Kotler, Esq.
Duane, Morris & Heckscher LLP
30 South 17th Street
Philadelphia, PA  19103

Thomas Hackl
c/o Avraham C. Moskowitz, Esq.
Moskowitz and Book, LLP
1372 Broadway
New York, NY  10018

Eric G. Lipoff
16 Clay
Irvine, CA  92620-3322

Peter McCarthy
38 South Bridge Street
Poughkeepsie, NY  12601

Frank Mutterer
2043 Bay Blvd.
Seaside Heights, NJ  08751-1001

DATED:  April 29, 2008


_____/s/  John H. Eickemeyer_____
John H. Eickemeyer