HELEN B. KIM (HK-8757)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone:  310-788-4525
Facsimile:  310-788-4471

PHILIP A. NEMECEK (PN-3319)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone:  212-940-8834
Facsimile:  212-940-8776

*Attorneys for Plaintiff Dennis A. Klejna*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re:                                                     :
                                                           :   Case No. : 08-cv-04105
REFCO, INC., et al.,                                       :
                                                           :
                                        Debtors.           :   (Referred to Judge Gerard E. Lynch)
---------------------------------------------------------- x
JOSEPH MURPHY, WILLIAM M. SEXTON,                          :
DENNIS A. KLEJNA, GERALD SHERER,                           :
PHILIP SILVERMAN, RICHARD N.                               :
OUTRIDGE, TONE GRANT, LEO R.                               :   Adv. Proc. No. 08-01133-rdd
BREITMAN, NATHAN GANTCHER,                                 :
DAVID V. HARKINS, SCOTT L. JAECKEL,                        :
THOMAS H. LEE, RONALD L. O'KELLEY,                         :   **NOTICE OF APPEARANCE**
and SCOTT A. SCHOEN,                                       :
                                                           :
                                        Plaintiffs,        :
                                                           :
           v.                                              :
                                                           :
ALLIED WORLD ASSURANCE COMPANY                             :
(U.S.), INC. and ARCH INSURANCE                            :
COMPANY,                                                   :
                                                           :
                                 Defendants, and           :
                                                           :
JOHN D. AGOGLIA, EDWIN L. COX,                             :
SUKHMEET DHILLON, THOMAS H.                                :
DITTMER, STEPHEN GRADY, THOMAS                             :
HACKL, ERIC G. LIPOFF, PETER                               :
MCCARTHY and FRANK MUTTERER,                               :
                                                           :
                                 Nominal Defendants.       :
---------------------------------------------------------- x

**PLEASE TAKE NOTICE** that the undersigned hereby appears as lead counsel for Plaintiff Dennis J. Klejna in the within-captioned action and requests that a copy of all future papers in this action be served upon the undersigned at the address stated below.

Dated: May 1, 2008

Respectfully submitted,

HELEN B. KIM (HK-8757)
KATTEN MUCHIN ROSENMAN LLP

/s/ Helen B. Kim
2029 Century Park East, Suite 2600
Los Angeles, CA 90068
Telephone: 310-788-4525
Facsimile: 310-788-4471
Email: helen.kim@kattenlaw.com
*Attorneys for Plaintiff Dennis A. Klejna*

84293568