UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>REFCO, INC. et al.<br><br>      Debtors.<br><br>JOSEPH MURPHY, WILLIAM M. SEXTON, DENNIS A. KLEJNA, GERALD SHERER, PHILIP SILVERMAN, RICHARD N. OUTRIDGE, TONE GRANT, LEO R. BREITMAN, NATHAN GANTCHER, DAVID V. HARKINS, SCOTT L. JAECKEL, THOMAS H. LEE, RONALD O'KELLEY, and SCOTT A. SCHOEN,<br><br>      Plaintiffs,<br>  v.<br><br>ALLIED WORLD ASSURANCE COMPANY (U.S.), INC. and ARCH INSURANCE COMPANY,<br><br>      Defendants.<br><br>JOHN D. AGOGLIA, EDWIN L. COX, SUKHMEET DHILLON, THOMAS H. DITTMER, STEPHEN GRADY, THOMAS HACKL, ERIC G. LIPOFF, PETER MCCARTHY and FRANK MUTTERER,<br><br>      Nominal Defendants. | Chapter 11<br>Case No. 05-60006 (RDD)<br>(Jointly Administered)<br><br><br><br>Adv. Proc. No. 08-01133 (RDD) |

**DISCLOSURE OF CORPORATE AFFILIATION**
**BY DEFENDANT ARCH INSURANCE COMPANY**

  Pursuant to Bankruptcy Rule 7007.1 and Federal Rule of Civil Procedure 7.1, Defendant

Arch Insurance Company makes the following disclosure concerning corporate affiliation.

Arch Insurance Company is a wholly owned subsidiary of Arch Capital Group Ltd., a publicly traded corporation.

Date:   April 29, 2008

Respectfully submitted,

By:   _/s/ John H. Eickemeyer_____
John H. Eickemeyer (JE-8302)
Daniel C. Green  (DG-0059)
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700

*Counsel for Defendant*
*Arch Insurance Company*

OF COUNSEL:

Daniel J. Standish
Marc E. Rindner
Cara Tseng Duffield
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7000

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>REFCO, INC. et al.<br><br>      Debtors. | Chapter 11<br>Case No. 05-60006 (RDD)<br>(Jointly Administered) |
| JOSEPH MURPHY, WILLIAM M. SEXTON, DENNIS A. KLEJNA, GERALD SHERER, PHILIP SILVERMAN, RICHARD N. OUTRIDGE, TONE GRANT, LEO R. BREITMAN, NATHAN GANTCHER, DAVID V. HARKINS, SCOTT L. JAECKEL, THOMAS H. LEE, RONALD O'KELLEY, and SCOTT A. SCHOEN,<br><br>      Plaintiffs,<br>  v.<br><br>ALLIED WORLD ASSURANCE COMPANY (U.S.), INC. and ARCH INSURANCE COMPANY,<br><br>      Defendants.<br><br>JOHN D. AGOGLIA, EDWIN L. COX, SUKHMEET DHILLON, THOMAS H. DITTMER, STEPHEN GRADY,THOMAS HACKL, ERIC G. LIPOFF, PETER MCCARTHY and FRANK MUTTERER,<br><br>      Nominal Defendants. | Adv. Proc. No. 08-01133 (RDD)<br><br>**CERTIFICATE OF SERVICE** |

  1.  I, John H. Eickemeyer, hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, as follows:

  2.  On April 29, 2008, I caused a copy of the **DISCLOSURE OF CORPORATE AFFILIATION BY DEFENDANT ARCH INSURANCE COMPANY** to be served upon all parties who have made appearances in the above-captioned action by electronically filing same, thereby ensuring that counsel to each such party, received same, as registered e-filers who are registered to receive e-notices in this case;

3. On April 29, 2008, I caused copies of the **DISCLOSURE OF CORPORATE AFFILIATION BY DEFENDANT ARCH INSURANCE COMPANY** to be served upon all parties who have not yet made appearances in the above-captioned case by dispatching true copies of same into the custody of a courier service for overnight delivery, prior to the latest time designated by that service for such delivery, addressed as follows:

John D. Agoglia
3 Sweet Hollow Ct.
St. James, NY  11780

Edwin L. Cox
c/o Brian O'Connor, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099

Sukhmeet Dhillon
2 Glastonbury Place
Laguna Niguel, CA  92677-5310

Thomas H. Dittmer
3594 Rockerman Road
Miami, FL  33133

Stephen Grady
c/o Lawrence J. Kotler, Esq.
Duane, Morris & Heckscher LLP
30 South 17th Street
Philadelphia, PA  19103

Thomas Hackl
c/o Avraham C. Moskowitz, Esq.
Moskowitz and Book, LLP
1372 Broadway
New York, NY  10018

Eric G. Lipoff
16 Clay
Irvine, CA  92620-3322

Peter McCarthy
38 South Bridge Street
Poughkeepsie, NY  12601

Frank Mutterer
2043 Bay Blvd.
Seaside Heights, NJ  08751-1001

DATED:  April 29, 2008

   /s/  John H. Eickemeyer
John H. Eickemeyer