Robert W. DiUbaldo
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant
750 Lexington Avenue, 8th floor
New York, New York 10022
(212) 308-4411

Attorneys for Defendant Allied World Assurance Company (U.S.), Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
                                                     :
                                                     :
In re:                                               :
                                                     :
REFCO INC., et al.,                                  :
                                                     :
                    Debtors.                         :
                                                     :   Case No. 08-CV-04105
-----------------------------------------------------x   (Referred to Judge Gerald E. Lynch)
                                                     :
JOSEPH MURPHY, et al.,                               :
                                                     :   Adv. Proc. No. 08-01133 (RDD)
         Plaintiffs,                                 :
v.                                                   :
                                                     :
ALLIED WORLD ASSURANCE                               :   **NOTICE OF APPEARANCE**
COMPANY (U.S.), INC. and ARCH                        :
INSURANCE COMPANY,                                   :
                                                     :
         Defendants, and                             :
                                                     :
JOHN D. AGOGLIA, EDWIN L. COX,                       :
SUKHMEET DHILLON, THOMAS H.                          :
DITTMER, STEPHEN GRADY,                              :
THOMAS HACKL, ERIC G. LIPOFF,                        :
PETER MCCARTHY                                       :
and FRANK MUTTERER,                                  :
                                                     :
         Nominal Defendants.                         :
-----------------------------------------------------x

299785

- 2 -

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Allied World Assurance Company (U.S.), Inc. I kindly request receipt of electronic ECF notification in this matter and that a copy of all future papers in this action be served at the address below.

I certify that I am admitted to practice in this Court.

Dated: New York, NY
May 6, 2008

*Robert DiUbaldo*

Robert W. DiUbaldo
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys For Defendant
750 Lexington Avenue, 8th floor
New York, NY 10022
Tel. (212) 308-4411
Fax (212) 308-4844

Robert W. DiUbaldo
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant
750 Lexington Avenue, 8th floor
New York, New York 10022
(212) 308-4411

Attorneys for Defendant Allied World Assurance Company (U.S.), Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
                                                 :
                                                 :
                                                 :
In re:                                           :
                                                 :
REFCO INC., et al.,                              :
                                                 :
                                                 :
              Debtors.                           :
                                                 :   Case No. 08-CV-04105
-------------------------------------------------x   (Referred to Judge Gerald E. Lynch)
                                                 :
JOSEPH MURPHY, et al.,                           :
                                                 :   Adv. Proc. No. 08-01133 (RDD)
              Plaintiffs,                        :
v.                                               :
                                                 :
ALLIED WORLD ASSURANCE                           :   **CERTIFICATE OF SERVICE**
COMPANY (U.S.), INC. and ARCH                    :
INSURANCE COMPANY,                               :
                                                 :
              Defendants, and                    :
                                                 :
JOHN D. AGOGLIA, EDWIN L. COX,                   :
SUKHMEET DHILLON, THOMAS H.                      :
DITTMER, STEPHEN GRADY,                          :
THOMAS HACKL, ERIC G. LIPOFF,                    :
PETER MCCARTHY                                   :
and FRANK MUTTERER,                              :
                                                 :
              Nominal Defendants.                :
-------------------------------------------------x

299847

I hereby certify that on this 6th day of May 2008, I caused a copy of my notice of appearance to be sent by electronic mail to all counsel of record in the above captioned matter.

_____
Robert W. DiUbaldo

299847