UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>REFCO, INC. et al.<br><br>                              Debtors.<br><br>JOSEPH MURPHY, WILLIAM M. SEXTON, DENNIS A. KLEJNA, GERALD SHERER, PHILIP SILVERMAN, RICHARD N. OUTRIDGE, TONE GRANT, LEO R. BREITMAN, NATHAN GANTCHER, DAVID V. HARKINS, SCOTT L. JAECKEL, THOMAS H. LEE, RONALD O'KELLEY, and SCOTT A. SCHOEN,<br><br>                              Plaintiffs,<br>     v.<br><br>ALLIED WORLD ASSURANCE COMPANY (U.S.), INC. and ARCH INSURANCE COMPANY,<br><br>                              Defendants.<br><br>JOHN D. AGOGLIA, EDWIN L. COX, SUKHMEET DHILLON, THOMAS H. DITTMER, STEPHEN GRADY, THOMAS HACKL, ERIC G. LIPOFF, PETER MCCARTHY and FRANK MUTTERER,<br><br>                              Nominal Defendants. | Case No: 1:08-cv-4105<br>(Referred to Judge Gerard E. Lynch)<br><br><br><br><br><br><br>**NOTICE OF APPEARANCE** |

     **PLEASE TAKE NOTICE** that defendant Arch Insurance Company hereby appears in the above-captioned action, and that the undersigned have been retained as attorneys for said defendants.

1

Dated: May 9, 2008

                                                Respectfully Submitted,

                                                VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.

                                                By: /s/ Daniel C. Green
                                                      John H. Eickemeyer (JE-8302)
                                                      Daniel C. Green (DG 0057)

                                                1633 Broadway, 47th Floor
                                                New York, New York 10019-6771
                                                (212) 407-7700

                                                *Counsel for Defendant*
                                                *Arch Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>REFCO, INC. et al.<br><br>                                Debtors.<br><br>JOSEPH MURPHY, WILLIAM M. SEXTON, DENNIS A. KLEJNA, GERALD SHERER, PHILIP SILVERMAN, RICHARD N. OUTRIDGE, TONE GRANT, LEO R. BREITMAN, NATHAN GANTCHER, DAVID V. HARKINS, SCOTT L. JAECKEL, THOMAS H. LEE, RONALD O'KELLEY, and SCOTT A. SCHOEN,<br><br>                                Plaintiffs,<br>v.<br><br>ALLIED WORLD ASSURANCE COMPANY (U.S.), INC. and ARCH INSURANCE COMPANY,<br><br>                                Defendants.<br><br>JOHN D. AGOGLIA, EDWIN L. COX, SUKHMEET DHILLON, THOMAS H. DITTMER, STEPHEN GRADY, THOMAS HACKL, ERIC G. LIPOFF, PETER MCCARTHY and FRANK MUTTERER,<br><br>                                Nominal Defendants. | Case No: 1:08-cv-4105<br>(Referred to Judge Gerard E. Lynch)<br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

    1.    I, Daniel C. Green, hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, as follows:

    2.    On May 9, 2008, I caused a copy of the **NOTICE OF APPEARANCE** to be served upon all parties who have made appearances in the above-captioned action by electronically filing same, thereby ensuring that counsel to each such party, received same, as registered e-filers who are registered to receive e-notices in this case;

    3.    On May 9, 2008, I caused copies of the **NOTICE OF APPEARANCE** to be served upon all parties who have not yet made appearances in the above-captioned case by

depositing true copies of same into the custody of the United States Postal Service, addressed as follows:

    John D. Agoglia
    3 Sweet Hollow Ct.
    St. James, NY 11780

    Edwin L. Cox
    c/o Martin R. Bennett
    Kugle Skelton & Bennett, PC
    130 E. Corsicana, Ste. 302
    Athens, Texas 75751

    Sukhmeet Dhillon
    2 Glastonbury Place
    Laguna Niguel, CA 92677-5310

    Thomas H. Dittmer
    c/o Thomas C. Wolford
    Neal Gerber & Eisenberg, LLP
    2 North LaSalle Street
    Chicago, IL 60602

    Stephen Grady
    c/o Lawrence J. Kotler, Esq.
    Duane, Morris & Heckscher LLP
    30 South 17th Street
    Philadelphia, PA 19103

    Thomas Hackl
    c/o Avraham C. Moskowitz, Esq.
    Moskowitz and Book, LLP
    1372 Broadway
    New York, NY 10018

    Eric G. Lipoff
    16 Clay
    Irvine, CA 92620-3322

    Peter McCarthy
    38 South Bridge Street
    Poughkeepsie, NY 12601

5

Frank Mutterer
2043 Bay Blvd.
Seaside Heights, NJ  08751-1001

DATED: May 9, 2008

                                             /s/  Daniel C. Green
                                             Daniel C. Green