UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re                                                            :   Case No. 08-CV-04105
REFCO INC., et al.,                                              :
        Debtors.          :   (Referred to Judge Gerard E. Lynch)
---------------------------------------------------------------- x

---------------------------------------------------------------- x   Chapter 11
In re                                                            :
REFCO INC., et al.,                                              :   Case No. 05-60006 (RDD)
        Debtors.          :
                                                                 :   (Jointly Administered)
---------------------------------------------------------------- x
JOSEPH MURPHY, WILLIAM M. SEXTON, DENNIS   :
A. KLEJNA, GERALD SHERER, PHILIP           :   Adv. Proc. No. 08-01133 (RDD)
SILVERMAN, RICHARD N. OUTRIDGE, TONE       :
GRANT, LEO R. BREITMAN, NATHAN GANTCHER,   :
DAVID V. HARKINS, SCOTT L. JAECKEL, THOMAS :
H. LEE, RONALD L. O'KELLEY, AND SCOTT A.   :
SCHOEN,                                    :   **NOTICE OF APPEARANCE**
        Plaintiffs,       :
        v.                 :   *Electronically Filed*
                                                                 :
ALLIED WORLD ASSURANCE COMPANY (U.S.),     :
INC. and ARCH INSURANCE COMPANY,           :
                                                                 :
        Defendants, and   :
                                                                 :
JOHN D. AGOGLIA, EDWIN L. COX, SUKHMEET    :
DHILLON, THOMAS H. DITTMER, STEPHEN        :
GRADY, THOMAS HACKL, ERIC G. LIPOFF, PETER :
MCCARTHY and FRANK MUTTERER.               :
                                                                 :
        Nominal Defendants. :
---------------------------------------------------------------- x

        PLEASE TAKE NOTICE that Zuckerman Spaeder LLP has been retained to represent

Plaintiff Tone Grant in the above-referenced matter.  Undersigned counsel, an associate with

Zuckerman Spaeder LLP, was admitted to practice in this district on August 13, 2003.

DATED:    New York, New York
               May 12, 2008

                              Respectfully submitted,

                              <u>s/Laura Neish</u>
                              Laura Neish (LN-0040)
                              ZUCKERMAN SPAEDER LLP
                              1540 Broadway, Suite 1604
                              New York, NY 10036
                              Tel: 212-704-9600
                              Fax: 212-704-4256
                              lneish@zuckerman.com

                              *Attorneys for Plaintiff Tone Grant*

## **CERTIFICATE OF SERVICE**

1.    I, Laura E. Neish, hereby certify that on May 12, 2008, I caused a copy of the NOTICE OF APPEARANCE to be served upon the following parties via Electronic Case Filing:

Robert W. DiUbaldo, Esq.
EDWARDS ANGELL
  PALMER & DODGE LLP
750 Lexington Avenue, 8th Floor
New York, New York 10022
(212) 308-4411
*Attorneys for Defendant Allied World Assurance Company (U.S.), Inc.*

John H. Eickemeyer, Esq.
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700
*Attorneys for Defendant Arch Insurance Company*

2.    I, hereby, further certify that on May 12, 2008, I caused a copy of the NOTICE OF APPEARANCE to be served upon the following via first-class mail:

John D. Agoglia
c/o William Fleming, Esq.
GAGE SPENCER & FLEMING LLP
410 Park Avenue
New York, New York 10022
(212) 768-4900

Edwin L. Cox
c/o Brian O'Connor, Esq.
WILKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8800

Sukheet Dhillon
c/o Michael L. Cook, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000

Thomas H. Dittmer
c/o Alan E. Gamza, Esq.
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 554-7800

Stephen Grady
c/o Lawrence J. Kotler, Esq.
DUANE MORRIS
30 South 17th Street
Philadelphia, Pennsylvania 19103

Thomas Hackl
c/o Avraham C. Moskowitz, Esq.
Moskowitz and Book, LLP
1372 Broadway
New York, New York 10018

1804165.1

Eric G. Lipoff
c/o c/o Michael L. Cook, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000

Frank Mutterer
c/o Mark Conlan
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 017102
(973) 596-4545

Peter McCarthy
c/o William Fleming, Esq.
GAGE SPENCER & FLEMING LLP
410 Park Avenue
New York, New York 10022
(212) 768-4900

                                     s/ Laura E. Neish
                                        Laura E. Neish

1804165.1