GREG A. DANILOW
MICHAEL F. WALSH
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
*Attorneys for Plaintiffs Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L. O'Kelley, and Scott A. Schoen*

HELEN B. KIM
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone: (310) 788-4525
Facsimile: (310) 788-4471

-and-

PHILIP A. NEMECEK
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8834
Facsimile: (212) 940-8776
*Attorneys for Plaintiff Dennis A. Klejna*

STUART I. FRIEDMAN
IVAN KLINE
FRIEDMAN & WITTENSTEIN
A Professional Corporation
600 Lexington Avenue
New York, NY 10022
Telephone: (212) 750-8700
Facsimile: (212) 223-8391
*Attorneys for Plaintiffs William M. Sexton and Gerald M. Sherer*

RICHARD CASHMAN
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, NY 10036-6524
Telephone: (212) 832-8300
Facsimile: (212) 763-7600
*Attorneys for Plaintiff Philip Silverman*

JOHN J. JEROME
TIMOTHY E. HOEFFNER
SAUL EWING LLP
245 Park Avenue, 24th Floor
New York, New York 10167
Telephone: (212) 672-1996
Facsimile: (212) 672-1920
*Attorneys for Plaintiff Joseph Murphy*

NORMAN L. EISEN
LAURA E. NEISH
ZUCKERMAN SPAEDER LLP
1540 Broadway, Suite 1604
New York, New York 10036
Telephone: (212) 704-9600

-and-

BLAKE T. HANNAFAN
HANNAFAN & HANNAFAN
One East Wacker Dr.
Suite 2800
Chicago, IL 60601
Telephone: (312) 527-0055
Facsimile: (312) 527-0220
*Attorneys for Plaintiff Tone N. Grant*

CLAIRE P. GUTEKUNST
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
*Attorneys for Plaintiff Richard N. Outridge*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                              :    Case No. 08-04105
REFCO INC., et al.,                                :
       Debtors.                                  :    (Referred to Judge Gerard E. Lynch)
                                                    :
-----------------------------------------------------------------x

```
-----------------------------------------------------------------x
In re                                                            :  Chapter 11
REFCO INC., et al.,                                              :  Case No. 05-60006 (RDD)
                Debtors.                                         :  (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x
JOSEPH MURPHY, WILLIAM M. SEXTON, DENNIS                         :
A. KLEJNA, GERALD SHERER, PHILIP                                 :  Adv. Proc. No. 08-01133 (RDD)
SILVERMAN, RICHARD N. OUTRIDGE, TONE                             :
GRANT, LEO R. BREITMAN, NATHAN GANTCHER,                         :
DAVID V. HARKINS, SCOTT L. JAECKEL, THOMAS                       :
H. LEE, RONALD L. O'KELLEY, AND SCOTT A.                         :
SCHOEN,                                                          :
                Plaintiffs,                                      :
        v.                                                       :
                                                                 :
ALLIED WORLD ASSURANCE COMPANY (U.S.),                           :
INC. and ARCH INSURANCE COMPANY,                                 :
                                                                 :
                Defendants, and                                  :
                                                                 :
JOHN D. AGOGLIA, EDWIN L. COX, SUKHMEET                          :
DHILLON, THOMAS H. DITTMER, STEPHEN                              :
GRADY, THOMAS HACKL, ERIC G. LIPOFF, PETER                       :
MCCARTHY and FRANK MUTTERER.                                     :
                                                                 :
                Nominal Defendants.                              :
-----------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

State of New York  )
                   )  ss.:
County of New York )

Duke Amponsah, being duly sworn, hereby deposes and says:

1.  I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

2. On the 13th day of May 2008, I caused a true and correct copy of the following pleading to be served upon the parties listed in Exhibit A by Hand Delivery.

✓ Limited Objection to Arch Insurance Company's Motion to Withdraw Reference to the Bankruptcy Court [Docket No. 10]

Duke Amponsah

Sworn to before me this
15th day of May 2008

ANDREA WILMER
Notary Public, State of New York
No. 01WI6172356
Qualified in Kings County
Commission Expires August 6, 2011

4

**Exhibit A**
**Service List**

John H. Eickemeyer
Daniel C. Green
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700