UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>REFCO, INC. et al.<br><br>       Debtors.<br><br>JOSEPH MURPHY, WILLIAM M. SEXTON, DENNIS A. KLEJNA, GERALD SHERER, PHILIP SILVERMAN, RICHARD N. OUTRIDGE, TONE GRANT, LEO R. BREITMAN, NATHAN GANTCHER, DAVID V. HARKINS, SCOTT L. JAECKEL, THOMAS H. LEE, RONALD O'KELLEY, and SCOTT A. SCHOEN,<br><br>       Plaintiffs,<br> v.<br><br>ALLIED WORLD ASSURANCE COMPANY (U.S.), INC. and ARCH INSURANCE COMPANY,<br><br>       Defendants.<br><br>JOHN D. AGOGLIA, EDWIN L. COX, SUKHMEET DHILLON, THOMAS H. DITTMER, STEPHEN GRADY, THOMAS HACKL, ERIC G. LIPOFF, PETER MCCARTHY and FRANK MUTTERER,<br><br>      Nominal Defendants. | Case No: 1:08-cv-4105<br>(Referred to Judge Gerard E. Lynch)<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

  1. I, Daniel C. Green, hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, as follows:

  2. On May 22, 2008, I caused copies of the **CIVIL COVER SHEET** annexed as Exhibit A hereto to be served upon all parties to the above-captioned case by depositing true copies of same into the custody of the United States Postal Service, addressed as follows:

NEWYORK/#196069.1

Theodore W. Connolly
Robert Wagner Diubaldo
Edwards, Angell, Palmer & Dodge, LLP
750 Lexington Avenue
New York, NY 10022
*Attorneys for Defendant Allied World Insurance Company (U.S.), Inc.*

William Fleming, Esq.
Gage, Spencer & Fleming, LLP
410 Park Avenue, 9th Floor
New York, NY 10022-4900
*Attorneys for Defendants John D. Agoglia and Peter McCarthy*

Michael Francis Walsh
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10023
*Attorneys for Plaintiffs Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald O'Kelley and Scott A. Schoen*

Martin R. Bennett
Kugle, Skelton & Bennett, PC
130 E. Corsicana, Ste. 302
Athens, Texas 75751
*Attorneys for Nominal Defendant Edwin L. Cox*

Sukhmeet Dhillon
2 Glastonbury Place
Laguna Niguel, CA 92677-5310
*Nominal Defendant*

Thomas C. Wolford
Neal, Gerber & Eisenberg, LLP
2 North LaSalle Street
Chicago, IL 60602
*Attorneys for Nominal Defendant Thomas H. Dittmer*

Lawrence J. Kotler, Esq.
Duane, Morris & Heckscher LLP
30 South 17th Street
Philadelphia, PA 19103
*Attorneys for Nominal Defendant Stephen Grady*

Laura Elizabeth Neish
William A. Schreiner, Jr.
Zuckerman Spaeder LLP
1540 Broadway
Suite 1604
New York, NY 10036-4039
*Attorneys for Plaintiff Tone N. Grant*

Helen Byung-Son Kim
Philip Adam Nemecek
Katten, Muchin, Zavis, Rosenman, LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
*Attorneys for Plaintiff Dennis A. Klejna*

Eric G. Lipoff
16 Clay
Irvine, CA 92620-3322
*Nominal Defendant*

Timothy E. Hoeffner
Saul Ewing, LLP
245 Park Avenue
24th Floor
New York, NY 10167
*Attorneys for Plaintiff Joseph Murphy*

Frank Mutterer
2043 Bay Blvd.
Seaside Heights, NJ 08751-1001
*Nominal Defendant*

Claire Perlman Gutekunst
Proskauer Rose, LLP
1585 Broadway
New York, NY 10036
*Attorneys for Plaintiff Richard N. Outridge*

Ivan O. Kline
Friedman & Wittenstein, P.C.
600 Lexington Avenue
New York, NY 10022
*Attorneys for Plaintiffs William M. Sexton and Gerald M. Sherer*

Richard Cashman
Heller Ehrman LLP
Times Square Tower
7 Times Square
New York, NY 10036-6524
*Attorneys for Plaintiff Philip Silverman*

DATED: May 22, 2008


                                              /s/ Daniel C. Green
                                              Daniel C. Green

NEWYORK/#196069.1

08CV4105

JS 44C/SDNY
REV. 12/2005

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Joseph Murphy, William M. Sexton, Dennis A. Klejna, et al (see Attachment A for remaining plaintiffs) | Allied World Assurance Company (U.S.) Inc., and Arch Insurance Company and Nominal Defendants (see Attachment A for Nominal Defendants) |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER | ATTORNEYS (IF KNOWN) |
|---|---|
| See Attachment B for list of attorneys. | Vedder Price P.C., 1633 Broadway, New York, NY 10019; (212) 407-7700; Attorneys for Defendant Arch Ins. Co. |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

28 U.S.C. Sec. 157(d). Motion for withdrawal of reference to the Bankruptcy Court.

Has this or a similar case been previously filed in SDNY at any time? No[X] Yes?[ ] Judge Previously Assigned

If yes, was this case Vol[ ] Invol.[ ] Dismissed. No[ ] Yes[ ] If yes, give date _____ & Case No. _____

(PLACE AN [x] IN ONE BOX ONLY)   NATURE OF SUIT   09-13433   5/1/08

## ACTIONS UNDER STATUTES

**CONTRACT**
- [ ] 110 INSURANCE
- [ ] 120 MARINE
- [ ] 130 MILLER ACT
- [ ] 140 NEGOTIABLE INSTRUMENT
- [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- [ ] 151 MEDICARE ACT
- [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
- [ ] 153 RECOVERY OF OVERPAYMENT OF VETERANS BENEFITS
- [ ] 160 STOCKHOLDERS SUITS
- [ ] 190 OTHER CONTRACT
- [ ] 195 CONTRACT PRODUCT LIABILITY
- [ ] 196 FRANCHISE

**REAL PROPERTY**
- [ ] 210 LAND CONDEMNATION
- [ ] 220 FORECLOSURE
- [ ] 230 RENT LEASE & EJECTMENT
- [ ] 240 TORTS TO LAND
- [ ] 245 TORT PRODUCT LIABILITY
- [ ] 290 ALL OTHER REAL PROPERTY

**TORTS — PERSONAL INJURY**
- [ ] 310 AIRPLANE
- [ ] 315 AIRPLANE PRODUCT LIABILITY
- [ ] 320 ASSAULT, LIBEL & SLANDER
- [ ] 330 FEDERAL EMPLOYERS' LIABILITY
- [ ] 340 MARINE
- [ ] 345 MARINE PRODUCT LIABILITY
- [ ] 350 MOTOR VEHICLE
- [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
- [ ] 360 OTHER PERSONAL INJURY

**PERSONAL INJURY**
- [ ] 362 PERSONAL INJURY - MED MALPRACTICE
- [ ] 365 PERSONAL INJURY PRODUCT LIABILITY
- [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
- [ ] 370 OTHER FRAUD
- [ ] 371 TRUTH IN LENDING
- [ ] 380 OTHER PERSONAL PROPERTY DAMAGE
- [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**ACTIONS UNDER STATUTES — CIVIL RIGHTS**
- [ ] 441 VOTING
- [ ] 442 EMPLOYMENT
- [ ] 443 HOUSING ACCOMMODATIONS
- [ ] 444 WELFARE
- [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
- [ ] 446 AMERICANS WITH DISABILITIES - OTHER
- [ ] 440 OTHER CIVIL RIGHTS

**PRISONER PETITIONS**
- [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
- [ ] 530 HABEAS CORPUS
- [ ] 535 DEATH PENALTY
- [ ] 540 MANDAMUS & OTHER
- [ ] 550 CIVIL RIGHTS
- [ ] 555 PRISON CONDITION

**FORFEITURE/PENALTY**
- [ ] 610 AGRICULTURE
- [ ] 620 FOOD & DRUG
- [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 630 LIQUOR LAWS
- [ ] 640 RR & TRUCK
- [ ] 650 AIRLINE REGS
- [ ] 660 OCCUPATIONAL SAFETY/HEALTH
- [ ] 690 OTHER

**LABOR**
- [ ] 710 FAIR LABOR STANDARDS ACT
- [ ] 720 LABOR/MGMT RELATIONS
- [ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
- [ ] 740 RAILWAY LABOR ACT
- [ ] 790 OTHER LABOR LITIGATION
- [ ] 791 EMPL RET INC SECURITY ACT

**BANKRUPTCY**
- [ ] 422 APPEAL 28 USC 158
- [X] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 COPYRIGHTS
- [ ] 830 PATENT
- [ ] 840 TRADEMARK

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 BLACK LUNG (923)
- [ ] 863 DIWC (405(g))
- [ ] 863 DIWW (405(g))
- [ ] 864 SSID TITLE XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 TAXES
- [ ] 871 IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**
- [ ] 400 STATE REAPPORTIONMENT
- [ ] 410 ANTITRUST
- [ ] 430 BANKS & BANKING
- [ ] 450 COMMERCE/ICC RATES/ETC
- [ ] 460 DEPORTATION
- [ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
- [ ] 480 CONSUMER CREDIT
- [ ] 490 CABLE/SATELLITE TV
- [ ] 810 SELECTIVE SERVICE
- [ ] 850 SECURITIES/COMMODITIES/EXCHANGE
- [ ] 875 CUSTOMER CHALLENGE 12 USC 3410
- [ ] 891 AGRICULTURE ACTS
- [ ] 892 ECONOMIC STABILIZATION ACT
- [ ] 893 ENVIRONMENTAL MATTERS
- [ ] 894 ENERGY ALLOCATION ACT
- [ ] 895 FREEDOM OF INFORMATION ACT
- [ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
- [ ] 950 CONSTITUTIONALITY OF STATE STATUTES
- [ ] 890 OTHER STATUTORY ACTIONS

Check if demanded in complaint:

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES [X] NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE Gerard E. Lynch    DOCKET NUMBER 07 CV 7924

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

See Attachment C

(SEE REVERSE)

| (PLACE AN x IN ONE BOX ONLY) | | ORIGIN | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2a. Removed from State Court<br>☐ 2b. Removed from State Court AND at least one party is a pro se litigant | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from (Specify District) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judge Judgment |

| (PLACE AN x IN ONE BOX ONLY) | BASIS OF JURISDICTION | | IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1332, 1441) |
|---|---|---|---|
| ☐ 1 U.S. PLAINTIFF  ☐ 2 U.S. DEFENDANT | ☒ 3 FEDERAL QUESTION (U.S. NOT A PARTY) | ☐ 4 DIVERSITY | |

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)
See Attachment D

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Allied World Assurance Company (U.S.) Inc., 100 Summer Street, Boston, Massachusetts 02110 (Suffolk Co., MA)

Arch Insurance Company, One Liberty Plaza, 53rd Floor, New York, New York 10006 (New York Co., NY)

See Attachment E for Nominal Defendants

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one: THIS ACTION SHOULD BE ASSIGNED TO: ☐ WHITE PLAINS  ☒ FOLEY SQUARE
(DO NOT check either box if this a PRISONER PETITION.)

| DATE | SIGNATURE OF ATTORNEY OF RECORD | ADMITTED TO PRACTICE IN THIS DISTRICT |
|---|---|---|
| 4/29/08 | [signature] | [ ] NO<br>[x] YES (DATE ADMITTED Mo. April Yr. 1984)<br>Attorney Bar Code # JE-8302 |
| RECEIPT # | | |

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

J Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

## ATTACHMENT A: PARTIES

### Plaintiffs

Leo R. Breitman
Nathan Gantcher
Tone Grant
David V. Harkins
Scott L. Jaeckel
Dennis A. Klejna
Thomas H. Lee
Joseph Murphy
Ronald O'Kelley
Richard N. Outridge
Gerald Sherer
William M. Sexton
Philip Silverman
Scott A. Schoen

### Nominal Defendants

John D. Agoglia
Edwin L. Cox
Sukhmeet Dhillon
Thomas H. Dittmer
Stephen Grady
Thomas Hackl
Eric G. Lipoff
Peter McCarthy
Frank Mutterer

1

## ATTACHMENT B: KNOWN ATTORNEYS

| Party | Attorney |
|---|---|
| Plaintiff Joseph Murphy | John J. Jerome<br>Saul Ewing<br>245 Park Avenue<br>24th Floor<br>New York, NY  10167<br><br>Michael F. Walsh<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>(212) 310-8197<br>michael.walsh@weil.com<br><br>Timothy Hoeffner<br>Saul Ewing<br>245 Park Avenue<br>24th Floor<br>New York, NY  10167 |
| Plaintiffs William M. Sexton and Gerald M. Scherer | Ivan O. Kline<br>Friedman & Wittenstein P.C.<br>600 Lexington Avenue<br>New York, NY 10022<br>(212) 750-8700<br>ikline@friedmanwittenstein.com<br><br>Stuart I. Friedman<br>Friedman & Wittenstein P.C.<br>600 Lexington Ave<br>New York, NY  10022 |
| Plaintiff Dennis A. Klejna | Helen B. Kim<br>Baker & Hostetler LLP<br>12100 Wilshire Blvd., 15th Floor<br>Los Angeles, CA  90025-7120<br>(310) 820-8800<br>hkim@bakerlaw.com<br><br>Helen B. Kim<br>Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067 |

| Plaintiff Philip Silverman | Richard Cashman<br>Heller Ehrman LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6524<br>(212) 832-8300<br>richard.cashman@hellerehrman.com |
|---|---|
| Plaintiff Richard N. Outridge | Claire P. Gutekunst<br>Proskauer Rose, LLP<br>1585 Broadway<br>New York, NY 10036<br>(212) 969-3000<br>cgutekunst@proskauer.com |
| Plaintiff Tone Grant | Laura E. Neish<br>Zuckerman Spaeder, LLP<br>1540 Broadway, Suite 1604<br>New York, NY 10036<br>(212) 704-9600<br>lneish@zuckerman.com<br><br>Norman L. Eisen<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W.<br>Washington, DC 20036-5802<br>(202) 778-1800<br>neisen@zuckerman.com |
| Plaintiffs Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L. O'Kelley and Scott A. Schoen | Greg A. Danilow<br>Michael F. Walsh<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>(212) 310-8182<br>Greg.Danilow@Weil.Com |
| Defendant Allied World Insurance Company (U.S.), Inc. | Robert Diubaldo<br>Edwards Angell Palmer & Dodge, LLP<br>750 Lexington Avenue<br>New York, NY 10022<br>(212) 308-4411<br>rdiubaldo@eapdlaw.com |

3

| Defendant Arch Insurance Company | John H. Eickemeyer<br>Daniel C. Green<br>Vedder Price, P.C.<br>1633 Broadway, Floor 47<br>New York, NY 10019<br>jeickemeyer@vedderprice.com<br>dgreen@vedderprice.com |
|---|---|

4

## ATTACHMENT C: RELATED PENDING CIVIL CASES

The following pending cases are related to this action:

1. *Axis Reinsurance Company v. Bennett, et al.*; Case Nos. 07 CV 7924 (GEL) and 08 CV 3242 (GEL)

2. *XL Specialty Insurance Company v. Agoglia, et al.*; Case No. 08 CV 3821 (---)


The above cases are related to this action by virtue of the fact that they involve issues of coverage under other policies that were also part of the Refco insurance program of which the Arch policy is a part.

## ATTACHMENT D: PLAINTIFFS' ADDRESSES AND COUNTIES

| Plaintiff | Address and County |
|---|---|
| Leo R. Breitman | 7767 Wind Key Dr.<br>Boca Raton, FL 33434-5704<br>Palm Beach County |
| Nathan Gantcher | 86 Birchall Dr.<br>Scarsdale, NY 10583-4503<br>Westchester County |
| Tone Grant | 680 N. Lake Shore Dr.<br>Apt. 514<br>Chicago, IL 60611-4414<br>Cook County |
| David V. Harkins | 12140 SE Birdkdale Ru<br>Jupiter, FL 33469-1740<br>Palm Beach County |
| Scott L. Jaeckel | 2 Avery Street, 37H<br>Boston, MA 02111-1021<br>Suffolk County |
| Dennis A. Klejna | 2301 E Street NW, Apt. A1010<br>Washington, D.C. 20037<br>District of Columbia |
| Thomas H. Lee | 322 East 57th Street<br>New York, New York 10022-2949<br>New York County |
| Joseph Murphy | 1038 Bloomfield Street<br>Hoboken, NJ 07030<br>Hudson County |
| Ronald O'Kelley | 6001 Trophy Drive, Apt. 1002<br>Naples, FL 34110<br>Collier County |
| Richard N. Outridge | 24 Pennbrook Drive<br>Lincoln University, PA 19352-1227<br>Chester County |

| Gerald Sherer | 333 Central Park West, Apt. 81<br>New York, NY 10025-7105<br>New York County |
|---|---|
| William M. Sexton | c/o Stuart I. Friedman, Esq.<br>Ivan Kline, Esq.<br>Friedman & Wittenstein, P.C.<br>600 Lexington Avenue<br>New York, NY 10022<br>New York County |
| Philip Silverman | 3 Edie Drive<br>Marlboro, NJ 07746-2314<br>Monmouth County |
| Scott A. Schoen | 191 Kings Grant Road<br>Weston, MA 02493-2176<br>Middlesex County |

## ATTACHMENT E: NOMINAL DEFENDANTS' ADDRESSES AND COUNTIES

| Nominal Defendant | Address and County |
| --- | --- |
| John D. Agoglia | 3 Sweet Hollow Ct.<br>Saint James, NY 11780-3524<br>Suffolk County |
| Edwin L. Cox | c/o Brian O'Connor, Esq.<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>New York County |
| Sukhmeet Dhillon | 2 Glastonbury Pl<br>Laguna Niguel, CA 92677-5310<br>Orange County |
| Thomas H. Dittmer | 3594 Rockerman Rd.<br>Miami, FL 33133<br>Miami-Dade County |
| Stephen Grady | c/o Lawrence J. Kotler, Esq.<br>Duane, Morris & Heckscher, LLP<br>30 South 17th Street<br>Philadelphia, PA 19103<br>Philadelphia County |
| Thomas Hackl | c/o Avraham C. Moscowitz, Esq.<br>Moscowitz and Book, LLP<br>1372 Broadway<br>New York, NY 10018<br>New York County |
| Eric G. Lipoff | 16 Clay<br>Irvine, CA 92620-3322<br>Orange County |
| Peter McCarthy | 38 South Bridge Street<br>Poughkeepsie, NY 12601<br>Dutchess County |
| Frank Mutterer | 2043 Bay Blvd.<br>Seaside Heights, NJ 08751-1001<br>Ocean County |