UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re                                              :  Case No. 08-CV-04105
REFCO INC., et al.,                                :
          Debtors.                          :  (Referred to Judge Gerard E. Lynch)
                                                   :
------------------------------------------------------------ x


------------------------------------------------------------ x
                                                   :  Chapter 11
In re                                              :
REFCO INC., et al.,                                :  Case No. 05-60006 (RDD)
          Debtors.                          :
                                                   :  (Jointly Administered)
------------------------------------------------------------ x
JOSEPH MURPHY, WILLIAM M. SEXTON, DENNIS           :
A. KLEJNA, GERALD SHERER, PHILIP                   :  Adv. Proc. No. 08-01133 (RDD)
SILVERMAN, RICHARD N. OUTRIDGE, TONE               :
GRANT, LEO R. BREITMAN, NATHAN GANTCHER,           :
DAVID V. HARKINS, SCOTT L. JAECKEL, THOMAS         :
H. LEE, RONALD L. O'KELLEY, AND SCOTT A.           :
SCHOEN,                                            :
                                                   :  **NOTICE OF MOTION**
          Plaintiffs,                       :  **TO ADMIT COUNSEL**
         v.                                 :  ***PRO HAC VICE***
                                                   :
ALLIED WORLD ASSURANCE COMPANY (U.S.),             :
INC. and ARCH INSURANCE COMPANY,                   :
                                                   :
         Defendants, and                    :
                                                   :
JOHN D. AGOGLIA, EDWIN L. COX, SUKHMEET            :
DHILLON, THOMAS H. DITTMER, STEPHEN                :
GRADY, THOMAS HACKL, ERIC G. LIPOFF, PETER         :
MCCARTHY and FRANK MUTTERER.                       :
                                                   :
         Nominal Defendants.                :
------------------------------------------------------------ x

      PLEASE TAKE NOTICE that, upon the annexed Affirmation of Laura E. Neish, Esq., in

support of this motion, and the Declaration of Norman L. Eisen and Certificates of Good

1804162.1

Standing annexed thereto, Laura E. Neish, an attorney duly admitted to practice in this Court, hereby moves this Court, on behalf of Defendant Tone Grant, for an Order granting the admission *pro hac vice* of Norman L. Eisen, Esq., to argue or try the above-referenced case, in whole or in part.

Dated: New York, New York
      May 21, 2008

Respectfully submitted,

_____
Laura E. Neish (LN-0040)
Zuckerman Spaeder LLP
1540 Broadway, Suite 1604
New York, New York 10036
Tel: 212-704-9600
Fax: 212-704-4256
lneish@zuckerman.com

*Attorneys for Plaintiff Tone Grant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                          :   Case No. 08-04105
REFCO INC., et al.,                            :
        Debtors.                      :   (Referred to Judge Gerard E. Lynch)
                                               :
------------------------------------------------------------------x

------------------------------------------------------------------x   Chapter 11
In re                                          :
REFCO INC., et al.,                            :   Case No. 05-60006 (RDD)
        Debtors.                      :
                                               :   (Jointly Administered)
------------------------------------------------------------------x
JOSEPH MURPHY, WILLIAM M. SEXTON, DENNIS       :
A. KLEJNA, GERALD SHERER, PHILIP               :   Adv. Proc. No. 08-01133 (RDD)
SILVERMAN, RICHARD N. OUTRIDGE, TONE           :
GRANT, LEO R. BREITMAN, NATHAN GANTCHER,       :
DAVID V. HARKINS, SCOTT L. JAECKEL, THOMAS     :
H. LEE, RONALD L. O'KELLEY, AND SCOTT A.       :
SCHOEN,                                        :   **AFFIRMATION OF LAURA E.**
        Plaintiffs,                   :   **NEISH IN SUPPORT OF**
    v.                                       :   **MOTION TO ADMIT COUNSEL**
                                               :   ***PRO HAC VICE***
ALLIED WORLD ASSURANCE COMPANY (U.S.),         :
INC. and ARCH INSURANCE COMPANY,               :
                                               :
        Defendants, and               :
                                               :
JOHN D. AGOGLIA, EDWIN L. COX, SUKHMEET        :
DHILLON, THOMAS H. DITTMER, STEPHEN            :
GRADY, THOMAS HACKL, ERIC G. LIPOFF, PETER     :
MCCARTHY and FRANK MUTTERER,                   :
                                               :
        Nominal Defendants.           :
------------------------------------------------------------------x

    STATE OF NEW YORK         )
                                       ) ss.:
    COUNTY OF NEW YORK        )

    LAURA E. NEISH hereby affirms and states:

1. I am an attorney at law, duly admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York.

2. I am associated with the firm of Zuckerman Spaeder LLP, which represents Plaintiff Tone Grant in the above-referenced matter.

3. I am fully familiar with all of the relevant facts and circumstances herein.

4. I respectfully submit this affirmation in support of the accompanying motion to admit Norman L. Eisen to practice *pro hac vice*, on behalf of Plaintiff Tone Grant, in the above-captioned matter.

5. Mr. Eisen is a partner at Zuckerman Spaeder LLP, 1800 M Street NW, Washington, DC 20036, where he practices in the areas of complex civil litigation, securities litigation, and bankruptcy. Mr. Eisen is duly admitted to practice in the courts of Maryland and the District of Columbia. There are no pending disciplinary proceedings against Mr. Eisen in any State or Federal court.

6. Mr. Eisen has been engaged to represent Tone Grant in the above-referenced matter.

7. The Declaration of Mr. Eisen is attached hereto as Exhibit A. Certificates of Good Standing from the Court of Appeals of Maryland and the District of Columbia Court of Appeals are attached hereto as Exhibit B. Mr. Eisen is prepared to comply with all rules of conduct applicable to lawyers admitted to practice in the Southern District of New York as well as the Individual Practices of this Court.

8. Accordingly, I respectfully request that this Court permit Norman L. Eisen to appear pro hac vice on behalf of Tone Grant in connection with the above-captioned matter.

Dated: New York, New York
      May 21, 2008

                                            Respectfully submitted,

                                            _____
                                            Laura E. Neish (LN-0040)
                                            Zuckerman Spaeder LLP
                                            1540 Broadway, Suite 1604
                                            New York, New York 10036
                                            Tel: 212-704-9600
                                            Fax: 212-704-4256
                                            lneish@zuckerman.com

                                            *Attorneys for Plaintiff Tone Grant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
In re                                                              :   Case No. 08-04105
REFCO INC., et al.,                                                :
        Debtors.                                          :   (Referred to Judge Gerard E. Lynch)
                                                                   :
                                                                   :
------------------------------------------------------------------- x


------------------------------------------------------------------- x   Chapter 11
In re                                                              :
REFCO INC., et al.,                                                :   Case No. 05-60006 (RDD)
        Debtors.                                          :
                                                                   :   (Jointly Administered)
------------------------------------------------------------------- x
JOSEPH MURPHY, WILLIAM M. SEXTON, DENNIS                           :
A. KLEJNA, GERALD SHERER, PHILIP                                   :   Adv. Proc. No. 08-01133 (RDD)
SILVERMAN, RICHARD N. OUTRIDGE, TONE                               :
GRANT, LEO R. BREITMAN, NATHAN GANTCHER,                           :
DAVID V. HARKINS, SCOTT L. JAECKEL, THOMAS                         :
H. LEE, RONALD L. O'KELLEY, AND SCOTT A.                           :
SCHOEN,                                                            :   **DECLARATION OF NORMAN**
        Plaintiffs,                                       :   **L. EISEN IN SUPPORT OF**
    v.                                                           :   **MOTION FOR ADMISSION**
                                                                   :   ***PRO HAC VICE***
ALLIED WORLD ASSURANCE COMPANY (U.S.),                             :
INC. and ARCH INSURANCE COMPANY,                                   :
                                                                   :
        Defendants, and                                   :
                                                                   :
JOHN D. AGOGLIA, EDWIN L. COX, SUKHMEET                            :
DHILLON, THOMAS H. DITTMER, STEPHEN                                :
GRADY, THOMAS HACKL, ERIC G. LIPOFF, PETER                         :
MCCARTHY and FRANK MUTTERER,                                       :
                                                                   :
        Nominal Defendants.                               :
------------------------------------------------------------------- x

       NORMAN L. EISEN, pursuant to 28 U.S.C. § 1746, hereby declares the following under penalty of perjury:

       1.    I am a partner at the law firm of Zuckerman Spaeder LLP, 1800 M Street NW,

Washington, DC 20036, where I practice in the areas of complex civil litigation, securities litigation, and bankruptcy. I have been engaged to represent Plaintiff Tone Grant in the above-captioned matter.

2. I submit this Declaration in support of the accompanying motion for admission to appear pro hac vice on behalf of Mr. Grant in this matter.

3. As indicated in the Certificates of Good Standing attached hereto, I am an attorney duly admitted to practice in the courts of the State of Maryland and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal court. I am prepared to comply with all rules of conduct applicable to lawyers admitted to practice in the Southern District of New York as well as the Individual Practices of this Court.

5. Accordingly, I respectfully request that I be permitted to appear pro hac vice on behalf of Tone Grant in the above-captioned matter.

Executed this 19 day of May 2008

_____
Norman L. Eisen

2

# Court of Appeals of Maryland
## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the seventeenth day of December, 1991,

### Norman L. Eisen

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this fifteenth day of May, 2008.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

NORMAN L. EISEN

was on the 13TH day of NOVEMBER, 1992 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 14, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
In re                                                              :   Case No. 08-04105
REFCO INC., et al.,                                                :
         Debtors.                                         :   (Referred to Judge Gerard E. Lynch)
                                                                   :
------------------------------------------------------------------ x

------------------------------------------------------------------ x   Chapter 11
In re                                                              :
REFCO INC., et al.,                                                :   Case No. 05-60006 (RDD)
         Debtors.                                         :
                                                                   :   (Jointly Administered)
------------------------------------------------------------------ x
JOSEPH MURPHY, WILLIAM M. SEXTON, DENNIS                           :
A. KLEJNA, GERALD SHERER, PHILIP                                   :   Adv. Proc. No. 08-01133 (RDD)
SILVERMAN, RICHARD N. OUTRIDGE, TONE                               :
GRANT, LEO R. BREITMAN, NATHAN GANTCHER,                           :
DAVID V. HARKINS, SCOTT L. JAECKEL, THOMAS                         :
H. LEE, RONALD L. O'KELLEY, AND SCOTT A.                           :
SCHOEN,                                                            :   **ORDER FOR ADMISSION**
         Plaintiffs,                                      :   ***PRO HAC VICE* ON WRITTEN**
       v.                                                       :   **MOTION**
                                                                   :
ALLIED WORLD ASSURANCE COMPANY (U.S.),                             :
INC. and ARCH INSURANCE COMPANY,                                   :
                                                                   :
         Defendants, and                                  :
                                                                   :
JOHN D. AGOGLIA, EDWIN L. COX, SUKHMEET                            :
DHILLON, THOMAS H. DITTMER, STEPHEN                                :
GRADY, THOMAS HACKL, ERIC G. LIPOFF, PETER                         :
MCCARTHY and FRANK MUTTERER.                                       :
                                                                   :
         Nominal Defendants.                              :
------------------------------------------------------------------ x

Upon the motion of Laura E. Neish, attorney for plaintiff Tone Grant, and Laura Neish's

affirmation in support:

**IT IS HEREBY ORDERED** that

1804162.1

      Norman L. Eisen
      Zuckerman Spaeder LLP
      1800 M Street, N.W., Suite 1000
      Washington, D.C., 20036
      Tel.: 202-778-1800
      Fax: 202-822-8106
      neisen@zuckerman.com

is admitted to practice *pro hac vice* as counsel for plaintiff Tone Grant in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: May ___, 2008
      New York, New York


                                                         _____
                                                        Honorable Gerard E. Lynch
                                                       United States District Court Judge

## CERTIFICATE OF SERVICE

       I, Laura E. Neish, hereby certify that on May 21, 2008, I caused a true and correct copy of the NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* to be served via first-class mail upon the following parties:

Robert W. DiUbaldo, Esq.
EDWARDS ANGELL
  PALMER & DODGE LLP
750 Lexington Avenue, 8th Floor
New York, New York 10022
(212) 308-4411
*Attorneys for Defendant Allied World Assurance Company (U.S.), Inc.*

John H. Eickemeyer, Esq.
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700
*Attorneys for Defendant Arch Insurance Company*

John D. Agoglia
c/o William Fleming, Esq.
GAGE SPENCER & FLEMING LLP
410 Park Avenue
New York, New York 10022
(212) 768-4900

Edwin L. Cox
c/o Brian O'Connor, Esq.
WILKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8800

Sukheet Dhillon
c/o Michael L. Cook, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000

Thomas H. Dittmer
c/o Alan E. Gamza, Esq.
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 554-7800

Stephen Grady
c/o Lawrence J. Kotler, Esq.
DUANE MORRIS
30 South 17th Street
Philadelphia, Pennsylvania 19103

Thomas Hackl
c/o Avraham C. Moskowitz, Esq.
Moskowitz and Book, LLP
1372 Broadway
New York, New York 10018

1804162.1

Eric G. Lipoff
c/o c/o Michael L. Cook, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000

Peter McCarthy
c/o William Fleming, Esq.
GAGE SPENCER & FLEMING LLP
410 Park Avenue
New York, New York 10022
(212) 768-4900

Frank Mutterer
c/o Mark Conlan
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 017102
(973) 596-4545

                                            s/ Laura E. Neish
                                            Laura E. Neish

1804162.1